**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Costello Sr.-Allen Optometrists PLLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Allen Eye Associates** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-3986884** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **131 Main Street, Ste. 202** <br> **Oneida, NY 13421** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Oneida** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Costello Sr.-Allen Optometrists PLLC**                                Case number (*if known*) _____
          Name

**7. Describe debtor's business**    A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__6213__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor    **Costello Sr.-Allen Optometrists PLLC**

Name    Case number (*if known*) _____

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____    When _____    Case number, if known _____

---

**11.** **Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

<span style="background:black;color:white"> </span>  **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☐ 1-49

■ 50-99

☐ 100-199

☐ 200-999

☐ 1,000-5,000

☐ 5001-10,000

☐ 10,001-25,000

☐ 25,001-50,000

☐ 50,001-100,000

☐ More than100,000

---

**15.** **Estimated Assets**

☐ $0 - $50,000

☐ $50,001 - $100,000

☐ $100,001 - $500,000

■ $500,001 - $1 million

☐ $1,000,001 - $10 million

☐ $10,000,001 - $50  million

☐ $50,000,001 - $100 million

☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion

☐ $1,000,000,001 - $10 billion

☐ $10,000,000,001 - $50 billion

☐ More than $50 billion

---

**16.** **Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor   **Costello Sr.-Allen Optometrists PLLC**

Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case number (*if known*) _____

| Debtor | **Costello Sr.-Allen Optometrists PLLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  1, 2025**
MM / DD / YYYY

**X /s/ Matthew C Allen** _____
Signature of authorized representative of debtor

**Matthew C Allen** _____
Printed name

Title    **Sole Member** _____

---

**18. Signature of attorney**

**X /s/ Peter A. Orville** _____    Date    **May  1, 2025** _____
Signature of attorney for debtor                    MM / DD / YYYY

**Peter A. Orville 1735935** _____
Printed name

**Orville & McDonald Law, P.C.** _____
Firm name

**30 Riverside Drive
Binghamton, NY 13905** _____
Number, Street, City, State & ZIP Code

Contact phone    **607-770-1007** _____    Email address _____

**1735935 NY** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Costello Sr.-Allen Optometrists PLLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  1, 2025**      X **/s/ Matthew C Allen**
                                          Signature of individual signing on behalf of debtor

                                          **Matthew C Allen**
                                          Printed name

                                          **Sole Member**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Costello Sr.-Allen Optometrists PLLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ABB Optical PO Box 631250 Cincinnati, OH 45263** | | **Vendor** | | | | **$49,788.88** |
| **Alcon Vision PO Box 735843 Dallas, TX 75373** | | **Vendor** | | | | **$20,895.91** |
| **Chello 650 S Tryon St., Ste. 950 Charlotte, NC 28202** | | **Line of credit** | | | | **$172,161.46** |
| **Cherry Optical 1640B Fire Lane Drive Green Bay, WI 54311** | | **Vendor** | | | | **$19,418.48** |
| **Cosbros Properties, LLC 131 Main Street, Ste. 201 Oneida, NY 13421** | | **Back rent** | | | | **$12,946.25** |
| **Expansion Capital Group 5801 S. Corporate Place Sioux Falls, SD 57108** | | | | **$14,086.00** | **$0.00** | **$14,086.00** |
| **IOU Financial 600 TownPark Lane, Ste. 100 Kennesaw, GA 30144** | | **Future receipts** | | **$159,249.86** | **$0.00** | **$159,249.86** |
| **Kapitus LLC 2500 Wilson Boulevard, Ste. 350 Arlington, VA 22201** | | **MCA** | | **$397,067.00** | **$0.00** | **$397,067.00** |

Debtor    **Costello Sr.-Allen Optometrists PLLC**                              Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kapitus LLC 2500 Wilson Boulevard, Ste. 350 Arlington, VA 22201** | | **MCA** | | **$390,661.00** | **$0.00** | **$390,661.00** |
| **Luxottica 12 Harbor Park Drive Port Washington, NY 11050** | | **Vendor** | | | | **$14,587.55** |
| **MCA Servicing Company 333 W Commercial Street Ste. 324 East Rochester, NY 14445** | | **MCA** | | **$26,149.40** | **$0.00** | **$26,149.40** |
| **NBT Bank 52 S. Broad Street Norwich, NY 13815** | | **Credit card** | | | | **$31,879.96** |
| **NBT Bank 52 S. Broad Street Norwich, NY 13815** | | **Credit card** | | | | **$50,181.87** |
| **OnDeck 4700 W. Daybreak Pkwy, Ste. 200 South Jordan, UT 84009** | | | | **$54,472.66** | **$0.00** | **$54,472.66** |
| **Pinnacale Business Funding 1202 Avenue U Ste., 1115 Brooklyn, NY 11229** | | **MCA** | | **$77,133.40** | **$0.00** | **$77,133.40** |
| **Swift Financial 3505 Silverside Road Ste. 200 Wilmington, DE 19810** | | | | **$34,521.92** | **$0.00** | **$34,521.92** |
| **United First, LLC 2999 NE 191st Street Unit 901 Miami, FL 33180** | | **Future receipts** | | **$264,411.66** | **$0.00** | **$264,411.66** |
| **US Optical PO Box 816187 Dallas, TX 75381** | | **Vendor** | | | | **$56,029.50** |
| **VisionWeb Essilor of America PO Box 816187 Dallas, TX 75381** | | **Vendor** | | | | **$19,765.51** |
| **Winchester Optical PO Box 816187 Dallas, TX 75381** | | **Vendor** | | | | **$75,381.00** |

**Fill in this information to identify the case:**

Debtor name      **Costello Sr.-Allen Optometrists PLLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................................    $ _____ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................    $ _____ **583,120.82**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................................    $ _____ **583,120.82**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................    $ _____ **2,012,163.57**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ _____ **8,238.94**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$ _____ **602,468.66**

4.    **Total liabilities** .............................................................................................................................
   Lines 2 + 3a + 3b

   $ **2,622,871.17**

**Fill in this information to identify the case:**

Debtor name    **Costello Sr.-Allen Optometrists PLLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **NBT Bank** | **Checking** | 1839 | $529.90 |
| 3.2. | **NBT Bank** | **Checking** | 8439 | $8,509.83 |
| 3.3. | **Community Bank** | **Checking** | 8348 | $98.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $9,137.73 |
|---|

### Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

Debtor    **Costello Sr.-Allen Optometrists PLLC**                    Case number *(If known)* _____
            Name

7.1.  **Weave merchant account (swept daily into operating)** _____                    **$0.00**

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                                          **$0.00**
        Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:        **120,947.34**  -        **0.00**  = ....    **$120,947.34**
                                 face amount              doubtful or uncollectible accounts

11a. 90 days old or less:        **156,889.96**  -        **0.00**  = ....    **$156,889.96**
                                 face amount              doubtful or uncollectible accounts

11b. Over 90 days old:           **21,062.00**  -        **10,531.00**  =....    **$10,531.00**
                                 face amount              doubtful or uncollectible accounts

11b. Over 90 days old:           **54,629.58**  -        **27,314.79**  =....    **$27,314.79**
                                 face amount              doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                                          **$315,683.09**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |

Debtor    **Costello Sr.-Allen Optometrists PLLC**                    Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| **Glasses Frames for display** | | $0.00 | $55,000.00 |
| **dry eye treatment products for resale** | | $0.00 | $1,000.00 |
| **cleaning products for glasses** | | $0.00 | $300.00 |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                     $56,300.00

       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value  _____  Valuation method  _____  Current Value  _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office Furniture** | $0.00 | | $5,000.00 |
| 40. **Office fixtures** **8 lanes of fixtures, furniture and equipment** | $0.00 | | $15,000.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Computers and printers** | $0.00 | | $10,000.00 |

| Debtor | **Costello Sr.-Allen Optometrists PLLC** | Case number *(If known)* | _____ |
|---|---|---|---|
| | Name | | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.

   | **$30,000.00** |
   |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Optical equipment and fixtures** **Phoropter** **Condensing lense** **Exam lanes** **Panoramic opthalmoscope** **HFA model 860** **Lombard C-5 chair/stand** **Split lamp unit** **Edger** **Optical top analyzer** **Hadref machine** **Reteval ERG VEP machine** | **$0.00** | | **$60,000.00** |
| **Vision tester** | **$0.00** | | **$9,000.00** |
| **RTVUE XR Avanti** | **$0.00** | | **$13,000.00** |
| **IPL laser** | **$0.00** | | **$70,000.00** |
| **Oculus** | **$0.00** | | **$5,000.00** |
| **Adapt DX Pro** | **$0.00** | | **$15,000.00** |

Debtor    **Costello Sr.-Allen Optometrists PLLC**                    Case number *(If known)* _____
          Name

51.    **Total of Part 8.**                                                                    $172,000.00

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

       ■ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** www.alleneyeassociates.com | $0.00 | | $0.00 |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** Patient List - Privacy Policy of Debtor and HIPAA regulations renders same unmarketable | $0.00 | | $0.00 |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                                    $0.00

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ☐ No
       ■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No

Debtor    **Costello Sr.-Allen Optometrists PLLC**                    Case number *(If known)* _____
<u>Name</u>

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Costello Sr.-Allen Optometrists PLLC**                 Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,137.73 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $315,683.09 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $56,300.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $30,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $172,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $583,120.82 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $583,120.82 |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
</table>

| | |
|---|---|
| Debtor name | **Costello Sr.-Allen Optometrists PLLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

---

**2.1  Expansion Capital Group**
Creditor's Name

**5801 S. Corporate Place**
**Sioux Falls, SD 57108**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**08/2024**
**Last 4 digits of account number**
**2343**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$14,086.00**    Value of collateral: **$0.00**

---

**2.2  Fort Capital Resources, LLC**
Creditor's Name

**841 Shelley Road**
**Raleigh, NC 27609**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**06/06/2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Adapt DX Pro**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$12,962.10**    Value of collateral: **$15,000.00**

---

Debtor   **Costello Sr.-Allen Optometrists PLLC**                          Case number *(if known)* _____
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Name

■ No
☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

| 2.3 | **IOU Financial** | Describe debtor's property that is subject to a lien | $159,249.86 | $0.00 |

Creditor's Name

**600 TownPark Lane, Ste. 100**
**Kennesaw, GA 30144**
Creditor's mailing address

**Future receipts**

Describe the lien
**UCC**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**02/26/2025**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Kapitus LLC** | Describe debtor's property that is subject to a lien | $390,661.00 | $0.00 |

Creditor's Name

**2500 Wilson Boulevard, Ste. 350**
**Arlington, VA 22201**
Creditor's mailing address

**MCA**

Describe the lien
**UCC**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**8/5/2022**
Last 4 digits of account number
**2121**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Kapitus LLC** | Describe debtor's property that is subject to a lien | $397,067.00 | $0.00 |

Creditor's Name

**2500 Wilson Boulevard, Ste. 350**
**Arlington, VA 22201**
Creditor's mailing address

**MCA**

Describe the lien

Is the creditor an insider or related party?
■ No

---

| Debtor | **Costello Sr.-Allen Optometrists PLLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**Last 4 digits of account number**
**0071**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Leaf Capital Funding, LLC** | Describe debtor's property that is subject to a lien | $6,048.00 | $13,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **RTVUE XR Avanti** | | |

**1818 Market Street, 9th Fl**
**Philadelphia, PA 19103**

Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**08/28/2020**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **MCA Servicing Company** | Describe debtor's property that is subject to a lien | $26,149.40 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **MCA** | | |

**333 W Commercial Street**
**Ste. 324**
**East Rochester, NY 14445**

Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2/10/2021**

☐ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.8 | **OCULUS, Inc.** | Describe debtor's property that is subject to a lien | $5,000.00 | $5,000.00 |
|---|---|---|---|---|

Debtor    **Costello Sr.-Allen Optometrists PLLC**                                    Case number (if known)
_____
Name

Creditor's Name                              **Oculus**

**17721 59th Ave NE**
**Arlington, WA 98223**
Creditor's mailing address                   **Describe the lien**

                                             **Is the creditor an insider or related party?**

                                             ■ No
Creditor's email address, if known           ☐ Yes
                                             **Is anyone else liable on this claim?**

**Date debt was incurred**                   ■ No
                                             ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.

---

| 2.9 | **OnDeck** | **Describe debtor's property that is subject to a lien** | $54,472.66 | $0.00 |

Creditor's Name

**4700 W. Daybreak Pkwy,**
**Ste. 200**
**South Jordan, UT 84009**
Creditor's mailing address                   **Describe the lien**

                                             **Is the creditor an insider or related party?**

                                             ■ No
Creditor's email address, if known           ☐ Yes
                                             **Is anyone else liable on this claim?**

**Date debt was incurred**                   ☐ No
**07/08/2023**                               ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**6914**
**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.

---

| 2.1 0 | **Pinnacale Business Funding** | **Describe debtor's property that is subject to a lien** | $77,133.40 | $0.00 |

Creditor's Name                              **MCA**

**1202 Avenue U Ste., 1115**
**Brooklyn, NY 11229**
Creditor's mailing address                   **Describe the lien**

                                             **Is the creditor an insider or related party?**

                                             ■ No
Creditor's email address, if known           ☐ Yes
                                             **Is anyone else liable on this claim?**

**Date debt was incurred**                   ■ No
                                             ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

---

Debtor   **Costello Sr.-Allen Optometrists PLLC**                                    Case number (if known)
_____
Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **Stearns Bank** | **Describe debtor's property that is subject to a lien** | $61,710.00 | $70,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **IPL laser** | | |

**500 13th Street**
**Albany, MN 56307**
Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **Stearns Bank** | **Describe debtor's property that is subject to a lien** | $2,940.00 | $9,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Vision tester** | | |

**500 13th Street**
**Albany, MN 56307**
Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**07/19/2022**
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **Swift Financial** | **Describe debtor's property that is subject to a lien** | $34,521.92 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**3505 Silverside Road**
**Ste. 200**
**Wilmington, DE 19810**

---

Debtor    **Costello Sr.-Allen Optometrists PLLC**                    Case number (if known) _____

Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** |
| | **UCC** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **05/20/2021** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **United First, LLC** | **Describe debtor's property that is subject to a lien** | $264,411.66 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2999 NE 191st Street
Unit 901
Miami, FL 33180**

Creditor's mailing address

**Future receipts**

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**01/02/2025**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **US Small Business Administration** | **Describe debtor's property that is subject to a lien** | $505,750.57 | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Office of General Counsel
130 South Elmwood Ave, Suite 540
Buffalo, NY 14202**

Creditor's mailing address

**All assets**

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**06/27/2020**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**7906**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    **Costello Sr.-Allen Optometrists PLLC**                    Case number (if known)
_____                        _____
Name

■ No
☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.1 6 | **Vernon Capital Group, LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |

Creditor's Name

**383 Kingston Ave**
**Suite 343**                          **Future receipts**
**Brooklyn, NY 11213**
Creditor's mailing address

Describe the lien
**UCC**
Is the creditor an insider or related party?
■ No
Creditor's email address, if known        ☐ Yes
Is anyone else liable on this claim?
Date debt was incurred                ■ No
**11/14/2023**                          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number

Do multiple creditors have an          As of the petition filing date, the claim is:
interest in the same property?          Check all that apply
■ No                                  ☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$2,012,163.5 7** |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CHTD Company**<br>**P.O. Box 2576**<br>**Springfield, IL 62708** | Line **2.13** | |
| **Global Funding Experts**<br>**27-01 Queens Plaza N #802**<br>**Long Island City, NY 11101** | Line **2.14** | |
| **NewCo Capital Group, LLC**<br>**1801 NE 123rd St. 421**<br>**Miami, FL 33181** | Line **2.7** | |
| **PayPal Loan Builder**<br>**2211 North First Street**<br>**San Jose, CA 95131** | Line **2.13** | |
| **Piekarski Law PLLC**<br>**1 Whitehall St Ste 200**<br>**New York, NY 10004** | Line **2.7** | |

---

| Debtor | **Costello Sr.-Allen Optometrists PLLC** | Case number (if known) | |
| | Name | | |

**Small Business Administration**
**801 Tom Martin Drive**
**Suite 120**
**Birmingham, AL 35211**

Line  **2.15**

| Fill in this information to identify the case: |
| --- |
| Debtor name **Costello Sr.-Allen Optometrists PLLC** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF NEW YORK |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,060.69 | $7,060.69 |
| --- | --- | --- | --- | --- |

| 2.1 | **Internal Revenue Service** <br> **P.O. Box 21126** <br> **Philadelphia, PA 19114** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| --- | --- | --- |
|  | Date or dates debt was incurred | Basis for the claim: <br> **Payroll taxes** |
|  | Last 4 digits of account number | Is the claim subject to offset? |
|  | Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No <br> ☐ Yes |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,178.25 | $1,178.25 |
| --- | --- | --- | --- | --- |

| 2.2 | **NYS Department of Taxation &** <br> **Finance** <br> **Building 9** <br> **W.A. Harriman Campus** <br> **Albany, NY 12227** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| --- | --- | --- |
|  | Date or dates debt was incurred | Basis for the claim: <br> **Payroll taxes** |
|  | Last 4 digits of account number | Is the claim subject to offset? |
|  | Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No <br> ☐ Yes |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Costello Sr.-Allen Optometrists PLLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,788.88**

**ABB Optical**
PO Box 631250
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,895.91**

**Alcon Vision**
PO Box 735843
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,363.90**

**Bausch & Lomb**
PO Box 22950
New York, NY 10087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,406.35**

**Charmant**
PO Box 358048
Pittsburgh, PA 15251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$172,161.46**

**Chello**
650 S Tryon St., Ste. 950
Charlotte, NC 28202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0872__

Basis for the claim: __Line of credit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,418.48**

**Cherry Optical**
1640B Fire Lane Drive
Green Bay, WI 54311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,486.21**

**Colonial Life**
PO Box 1365
Columbia, SC 29202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Employee insurance__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Costello Sr.-Allen Optometrists PLLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,206.75** |
|---|---|---|---|

**CooperVision**
**PO Box 145409**
**Cincinnati, OH 45250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,946.25** |
|---|---|---|---|

**Cosbros Properties, LLC**
**131 Main Street, Ste. 201**
**Oneida, NY 13421**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Back rent__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,314.55** |
|---|---|---|---|

**Dynamic Labs**
**30 Hayes Court**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$235.81** |
|---|---|---|---|

**Ed&ED**
**4919 State Route 233**
**Westmoreland, NY 13490**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,092.29** |
|---|---|---|---|

**Excellus**
**145 Bradford Drive**
**West Berlin, NJ 08091**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Employee insurance__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,010.58** |
|---|---|---|---|

**Genie Services, Inc.**
**PO Box 421**
**Rome, NY 13442**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$136.00** |
|---|---|---|---|

**Interpretek**
**75 Highpower Road**
**Rochester, NY 14623**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Costello Sr.-Allen Optometrists PLLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,180.66**

**Johnson & Johnson Vision**
**5855 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,354.66**

**Kenmark**
**1800 Research Drive**
**Louisville, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,587.55**

**Luxottica**
**12 Harbor Park Drive**
**Port Washington, NY 11050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,575.19**

**Marchon**
**88216 Expedite Way**
**Chicago, IL 60695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,357.56**

**Modern Optical**
**56 Chancellor Drive**
**Roselle, IL 60172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,050.58**

**MVP Healthcare**
**P.O. Box 2029**
**Omaha, NE 68103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Employee insurance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$402.27**

**Nassua OOGP Vision Group**
**PO Box 814109**
**Dallas, TX 75381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Costello Sr.-Allen Optometrists PLLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,181.87 |
|---|---|---|---|

**NBT Bank**
**52 S. Broad Street**
**Norwich, NY 13815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Credit card__

Last 4 digits of account number __6504__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,879.96 |
|---|---|---|---|

**NBT Bank**
**52 S. Broad Street**
**Norwich, NY 13815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Credit card__

Last 4 digits of account number __5838__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $292.88 |
|---|---|---|---|

**Northland Communications**
**PO Box 419**
**Holland Patent, NY 13354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $442.80 |
|---|---|---|---|

**Oneida Office Supply**
**226 Main Street**
**Oneida, NY 13421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.62 |
|---|---|---|---|

**Optisource**
**PO Box 749263**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.44 |
|---|---|---|---|

**Plexus**
**3333 Quality Drive**
**Rancho Cordova, CA 95670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $475.20 |
|---|---|---|---|

**Premier Ophthalmic**
**22749 Citation Road**
**Frankfort, IL 60423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Costello Sr.-Allen Optometrists PLLC**
_____                         Case number (if known) _____
Name

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,319.69** |
|---|---|---|---|

**Safilo USA**
**PO Box 23676**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,012.62** |
|---|---|---|---|

**Site Sciences**
**PO Box 748988**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,122.32** |
|---|---|---|---|

**Staples Advantage**
**PO Box 70242**
**Philadelphia, PA 19176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,052.45** |
|---|---|---|---|

**The McGee Group**
**510 Commerce Park Drive, SE**
**Marietta, GA 30060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,029.50** |
|---|---|---|---|

**US Optical**
**PO Box 816187**
**Dallas, TX 75381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,765.51** |
|---|---|---|---|

**VisionWeb**
**Essilor of America**
**PO Box 816187**
**Dallas, TX 75381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75,381.00** |
|---|---|---|---|

**Winchester Optical**
**PO Box 816187**
**Dallas, TX 75381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Costello Sr.-Allen Optometrists PLLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $390.91 |
|---|---|---|---|

**X-Cel**
**801 12th Ave. N**
**Minneapolis, MN 55411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 8,238.94 |
| **5b. Total claims from Part 2** | 5b. + | $ | 602,468.66 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 610,707.60 |

**Fill in this information to identify the case:**

Debtor name    **Costello Sr.-Allen Optometrists PLLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Building lease** | |
| State the term remaining | |
| List the contract number of any government contract | **Cosbros Properties, LLC**<br>**131 Main Street, Ste. 201**<br>**Oneida, NY 13421** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Leased Radius equipment** | |
| State the term remaining | |
| List the contract number of any government contract | **Radius XR**<br>**5994 W Las Positas Blvd., Ste. 101**<br>**Pleasanton, CA 94588** |

| Fill in this information to identify the case: |
| --- |

Debtor name     **Costello Sr.-Allen Optometrists PLLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | **Matthew C Allen** | **3559 Knolls Ave. E**<br>**Canastota, NY 13032** | **Kapitus LLC** | ■ D   **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Matthew C Allen** | **3559 Knolls Ave. E**<br>**Canastota, NY 13032** | **OnDeck** | ■ D   **2.9**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Matthew C Allen** | **3559 Knolls Ave. E**<br>**Canastota, NY 13032** | **US Small Business Administration** | ■ D   **2.15**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Matthew C Allen** | **3559 Knolls Ave. E**<br>**Canastota, NY 13032** | **Swift Financial** | ■ D   **2.13**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Matthew C Allen** | **3559 Knolls Ave. E**<br>**Canastota, NY 13032** | **Kapitus LLC** | ■ D   **2.5**<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Costello Sr.-Allen Optometrists PLLC** | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 **Matthew C Allen** | 3559 Knolls Ave. E<br>Canastota, NY 13032 | **MCA Servicing Company** | ▮ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 **Matthew C Allen** | 3559 Knolls Ave. E<br>Canastota, NY 13032 | **IOU Financial** | ▮ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 **Matthew C Allen** | 3559 Knolls Ave. E<br>Canastota, NY 13032 | **Radius XR** | ☐ D _____<br>☐ E/F _____<br>▮ G __2.2__ |

**Fill in this information to identify the case:**

Debtor name    **Costello Sr.-Allen Optometrists PLLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | ■ Operating a business ☐ Other | **$824,711.32** |
| **For prior year:** From **1/01/2024** to **12/31/2024** | ■ Operating a business ☐ Other | **$2,373,237.00** |
| **For year before that:** From **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other | **$2,202,313.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |

Debtor    **Costello Sr.-Allen Optometrists PLLC**            Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Chello**<br>**650 S Tryon St., Ste. 950**<br>**Charlotte, NC 28202** | **1/27/2025-4/2**<br>**1/2025** | **$50,421.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other___ |
| 3.2. | **IOU Financial**<br>**600 TownPark Lane, Ste. 100**<br>**Kennesaw, GA 30144** | **1/29/2025-4/9**<br>**/2025** | **$27,625.06** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.3. | **Kapitus LLC**<br>**2500 Wilson Boulevard, Ste. 350**<br>**Arlington, VA 22201** | **1/31/2025-4/1**<br>**1/2025** | **$33,708.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.4. | **MCA Servicing Company**<br>**333 W Commercial Street**<br>**Ste. 324**<br>**East Rochester, NY 14445** | **1/27/2025-4/1**<br>**6/2025** | **$42,050.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.5. | **OnDeck**<br>**4700 W. Daybreak Pkwy, Ste. 200**<br>**South Jordan, UT 84009** | **1/30/2025-4/1**<br>**1/2025** | **$33,971.59** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.6. | **LoanBuilder A PayPal Service Loan**<br>**c/o Swift Financial, LLC**<br>**3505 Silverside Rd.**<br>**Wilmington, DE 19810** | **1/31/2025-4/1**<br>**1/2025** | **$16,538.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.7. | **Pinnacale Business Funding**<br>**1202 Avenue U Ste., 1115**<br>**Brooklyn, NY 11229** | **1/27/2025-4/1**<br>**6/2025** | **$42,559.62** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.8. | **United First, LLC**<br>**2999 NE 191st Street**<br>**Unit 901**<br>**Miami, FL 33180** | **1/28/2025-4/1**<br>**4/2025** | **$207,627.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Costello Sr.-Allen Optometrists PLLC**          Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **Expansion Capital Group** 5801 S. Corporate Place Sioux Falls, SD 57108 | 1/27/2025-4/1 6/2025 | $27,724.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other___ |
| 3.10. **Capital one bank USA** P.O. Box 31293 Salt Lake City, UT 84131 | 1/30/2025-4/1 0/2025 | $32,409.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other___ |
| 3.11. **Alcon Laboratories, Inc.** | 2/25/2025-4/2 4/2025 | $26,476.19 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **NewCo Capital Group, LLC** 1801 NE 123rd St. 421 Miami, FL 33181 | **Seized Debtor's Venmo account** Last 4 digits of account number: _____ | 4/2025 | Unknown |
| **United First, LLC** 2999 NE 191st Street Unit 901 Miami, FL 33180 | **Seized funds from Debtor's Weave merchant account** Last 4 digits of account number: _____ | 4/2025 | Unknown |

| Debtor | Costello Sr.-Allen Optometrists PLLC | Case number *(if known)* | |
|---|---|---|---|

---

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title | Nature of case | Court or agency's name and | Status of case |
|---|---|---|---|
| Case number | | address | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| **Part 5:** | **Certain Losses** |
|---|---|

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Orville & McDonald Law, P.C. 30 Riverside Drive Binghamton, NY 13905 | Attorney Fees | | $8,262.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Costello Sr.-Allen Optometrists PLLC | | Case number *(if known)* | |

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. **Allen Eye Associates**<br>**131 Main St Ste 202**<br>**Oneida, NY 13421** | **Eye care - optometry** | |

| | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider.<br>**131 Main St Ste 202, Oneida, NY 13421** | How are records kept?<br>*Check all that apply:*<br>■ Electronically<br>■ Paper |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Name, date of birth, social security number, medications, allergies, medical information**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **Costello Sr.-Allen Optometrists PLLC**                    Case number *(if known)*

---

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.

■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Costello Sr – Allen Optometrists PLLC 401(k) Profit Sharing Plan and Trust** | EIN: **26-3986884** |

Has the plan been terminated?

■ No
☐ Yes

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Costello Sr.-Allen Optometrists PLLC | Case number *(if known)* | |
|---|---|---|---|

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.    **Advanced Financial Services, Inc.**
**320 Fayette Street**
**Manlius, NY 13104** | **2021-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | | |
|---|---|---|
| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page **7** |

Debtor    **Costello Sr.-Allen Optometrists PLLC**
_____    Case number _(if known)_ _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Advanced Financial Services, Inc.**<br>**320 Fayette Street**<br>**Manlius, NY 13104** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Matthew C Allen** | **3559 Knolls Ave. E**<br>**Canastota, NY 13032** | **Sole Member** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.    **Matthew C Allen**<br>**3559 Knolls Ave. E**<br>**Canastota, NY 13032** | **106,756.52** | | **Salary/owner draws** |
| **Relationship to debtor**<br>**Sole Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| Debtor | **Costello Sr.-Allen Optometrists PLLC** | Case number *(if known)* | |
|---|---|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  1, 2025**

**/s/ Matthew C Allen**                                          **Matthew C Allen**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Sole Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of New York

In re  **Costello Sr.-Allen Optometrists PLLC**

Debtor(s)

Case No. _____

Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **8,262.00** |
| Prior to the filing of this statement I have received | $ | **8,262.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
        **Further fees as allowed by the Court**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May  1, 2025**

*Date*

/s/ Peter A. Orville

**Peter A. Orville 1735935**
*Signature of Attorney*
**Orville & McDonald Law, P.C.**
**30 Riverside Drive**
**Binghamton, NY 13905**
**607-770-1007  Fax: 607-770-1110**
*Name of law firm*

---

# United States Bankruptcy Court
## Northern District of New York

In re    **Costello Sr.-Allen Optometrists PLLC**                                      Case No. _____
                                         Debtor(s)                  Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Matthew C Allen<br>3559 Knolls Ave. E<br>Canastota, NY 13032** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May  1, 2025**                                    Signature    **/s/ Matthew C Allen**
                                                                      **Matthew C Allen**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re   **Costello Sr.-Allen Optometrists PLLC** _____ ,
       **DBA Allen Eye Associates**

                Debtor             Case No.

                                   Chapter  **11**

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
**26-3986884** _____

## CERTIFICATION OF MAILING MATRIX

I,(we),  **Peter A. Orville 1735935** , the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or

petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been

compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the

schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Dated:   **May  1, 2025** _____

                                         **/s/ Peter A. Orville** _____
                                         **Peter A. Orville 1735935**
                                         Attorney for Debtor/Petitioner
                                         (Debtor(s)/Petitioner(s))

ABB Optical
PO Box 631250
Cincinnati, OH 45263

Alcon Vision
PO Box 735843
Dallas, TX 75373

Bausch & Lomb
PO Box 22950
New York, NY 10087

Charmant
PO Box 358048
Pittsburgh, PA 15251

Chello
650 S Tryon St., Ste. 950
Charlotte, NC 28202

Cherry Optical
1640B Fire Lane Drive
Green Bay, WI 54311

CHTD Company
P.O. Box 2576
Springfield, IL 62708

Colonial Life
PO Box 1365
Columbia, SC 29202

CooperVision
PO Box 145409
Cincinnati, OH 45250

Cosbros Properties, LLC
131 Main Street, Ste. 201
Oneida, NY 13421

Dynamic Labs
30 Hayes Court
Ronkonkoma, NY 11779

Ed&ED
4919 State Route 233
Westmoreland, NY 13490


Excellus
145 Bradford Drive
West Berlin, NJ 08091


Expansion Capital Group
5801 S. Corporate Place
Sioux Falls, SD 57108


Fort Capital Resources, LLC
841 Shelley Road
Raleigh, NC 27609


Genie Services, Inc.
PO Box 421
Rome, NY 13442


Global Funding Experts
27-01 Queens Plaza N #802
Long Island City, NY 11101


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Interpretek
75 Highpower Road
Rochester, NY 14623


IOU Financial
600 TownPark Lane, Ste. 100
Kennesaw, GA 30144


Johnson & Johnson Vision
5855 Collection Center Drive
Chicago, IL 60693


Kapitus LLC
2500 Wilson Boulevard, Ste. 350
Arlington, VA 22201

Kenmark
1800 Research Drive
Louisville, KY 40299


Leaf Capital Funding, LLC
1818 Market Street, 9th Fl
Philadelphia, PA 19103


Luxottica
12 Harbor Park Drive
Port Washington, NY 11050


Marchon
88216 Expedite Way
Chicago, IL 60695


Matthew C Allen
3559 Knolls Ave. E
Canastota, NY 13032


MCA Servicing Company
333 W Commercial Street
Ste. 324
East Rochester, NY 14445


Modern Optical
56 Chancellor Drive
Roselle, IL 60172


MVP Healthcare
P.O. Box 2029
Omaha, NE 68103


Nassua OOGP Vision Group
PO Box 814109
Dallas, TX 75381


NBT Bank
52 S. Broad Street
Norwich, NY 13815


NewCo Capital Group, LLC
1801 NE 123rd St. 421
Miami, FL 33181

Northland Communications
PO Box 419
Holland Patent, NY 13354


NYS Deparment of Taxation & Finance
Building 9
W.A. Harriman Campus
Albany, NY 12227


OCULUS, Inc.
17721 59th Ave NE
Arlington, WA 98223


OnDeck
4700 W. Daybreak Pkwy, Ste. 200
South Jordan, UT 84009


Oneida Office Supply
226 Main Street
Oneida, NY 13421


Optisource
PO Box 749263
Atlanta, GA 30374


PayPal Loan Builder
2211 North First Street
San Jose, CA 95131


Piekarski Law PLLC
1 Whitehall St Ste 200
New York, NY 10004


Pinnacale Business Funding
1202 Avenue U Ste., 1115
Brooklyn, NY 11229


Plexus
3333 Quality Drive
Rancho Cordova, CA 95670


Premier Ophthalmic
22749 Citation Road
Frankfort, IL 60423

Radius XR
5994 W Las Positas Blvd., Ste. 101
Pleasanton, CA 94588


Safilo USA
PO Box 23676
New York, NY 10087


Site Sciences
PO Box 748988
Los Angeles, CA 90074


Small Business Administration
801 Tom Martin Drive
Suite 120
Birmingham, AL 35211


Staples Advantage
PO Box 70242
Philadelphia, PA 19176


Stearns Bank
500 13th Street
Albany, MN 56307


Swift Financial
3505 Silverside Road
Ste. 200
Wilmington, DE 19810


The McGee Group
510 Commerce Park Drive, SE
Marietta, GA 30060


United First, LLC
2999 NE 191st Street
Unit 901
Miami, FL 33180


US Optical
PO Box 816187
Dallas, TX 75381

US Small Business Administration
Office of General Counsel
130 South Elmwood Ave, Suite 540
Buffalo, NY 14202


Vernon Capital Group, LLC
383 Kingston Ave
Suite 343
Brooklyn, NY 11213


VisionWeb
Essilor of America
PO Box 816187
Dallas, TX 75381


Winchester Optical
PO Box 816187
Dallas, TX 75381


X-Cel
801 12th Ave. N
Minneapolis, MN 55411

# United States Bankruptcy Court
## Northern District of New York

In re    **Costello Sr.-Allen Optometrists PLLC**
Debtor(s)

Case No.
Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Costello Sr.-Allen Optometrists PLLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May  1, 2025**
Date

**/s/ Peter A. Orville**
**Peter A. Orville 1735935**
Signature of Attorney or Litigant
Counsel for    **Costello Sr.-Allen Optometrists PLLC**
**Orville & McDonald Law, P.C.**
**30 Riverside Drive**
**Binghamton, NY 13905**
**607-770-1007 Fax:607-770-1110**